# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT INMAN,                                                                           PLAINTIFF
ADC #611056

v.                          5:19-cv-00268-JM-JJV

ARKANSAS BOARD OF CORRECTION, *et al*.                DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

2. Dismissal is a "strike" for purposes of 28 U.S.C. § 1915(g).

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 2nd day of January, 2020.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE