IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT INMAN,                                                                                   PLAINTIFF
ADC #611056

v.                                   5:19-cv-00268-JM-JJV

ARKANSAS BOARD OF CORRECTION, *et al.*                                DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 2nd day of January, 2020.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE